**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF** Colorado

In re ETL Response, LLC

Case No. 26-13720

Chapter 7

_____
(Debtor(s))

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate

possible disqualification or recusal, the undersigned counsel for ETL Response, LLC

in the above captioned action, certifies that the following is a (are) corporation(s), other than the

debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the

corporation(s') equity interests, or states that there are no entities to report under FRBP 7007:

☑ None [check if applicable]

05/27/2026
_____
Date

/s/ Sean Cloyes
_____
Statement of attorney or Litigant